```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                     FORT MYERS DIVISION
```

TAMMY JONES, an individual,

       Plaintiff,

v.                            Case No:  2:25-cv-211-JES-NPM

HOGAN SERVICES, INC., a
Missouri corporation,

       Defendant.

_____

## ORDER

This matter comes before the Court on plaintiff's Motion for Final Default Judgment (Doc. #15) filed on October 14, 2025, seeking reasonable attorney fees, litigation expenses, and costs as the prevailing party.  No response has been filed and the time to respond has expired.

On September 2, 2025, the Court issued an Opinion and Order (Doc. #12) granting a default judgment in favor of plaintiff for disability discrimination and retaliation and awarding back pay damages and front pay damages.  Plaintiff was found to be a prevailing party under 42 U.S.C. § 12205, pending a supplemental motion as to the amount.

Counsel seeks a rate of $400 an hour for services rendered on a contingency basis based on his experience, the type of case, the Court's own knowledge and experience of what constitutes a

reasonable fee rate in Fort Myers, Florida, and the absence of an objection to the rate.  The Court finds that the hourly rate is reasonable.  Plaintiff states that he expended 12.4 hours on the case for a total of $4,960.  Attached is a Pre-Bill showing the breakdown of reasonable hours.  (Doc. #15-1.)  The Court will grant the request.  Counsel also seeks taxable costs in the amount of $655.  This consists of the $405 filing fee and $250 for national service.  The Affidavit of Service (Doc. #8) reflects service was made on the designated representative of the registered agent in Saint Louis, Missouri.  Both the filing fee and private service fees[1] are taxable costs under 28 U.S.C. § 1920(1), however the $250 is excessive because it exceeds service fees set by the Attorney General for service by the U.S. Marshal.  28 U.S.C. § 1921(a)(1)(B).  The service cost will be reduced to $65.  28 C.F.R. § 0.114(a)(3).

Accordingly, it is hereby

**ORDERED**:

Plaintiff's Motion for Final Default Judgment (Doc. #15), construed as a motion for attorney fees and costs, is **GRANTED** to the extent that plaintiff is awarded attorney's fees in the amount of $4,960.00, and costs in the amount of $470.  The Clerk shall

---

[1] U.S. E.E.O.C. v. W&O, Inc., 213 F.3d 600, 624 (11th Cir. 2000).

enter an amended judgment in favor of plaintiff and against defendant adding the award of fees and costs.

**DONE and ORDERED** at Fort Myers, Florida, this __2nd__ day of December 2025.

/s/ John E. Steele
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

- 3 -